UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

| | |
|---|---|
| ING Bank, fsb,<br><br>        Plaintiff,<br><br>   v.<br><br>First Continental Mortgage, Inc., *et al*.,<br><br>        Defendants. | Case No. 6:09-CV-1708-ORL-35-DAB |

NOTICE OF VOLUNTARY DISMISSAL OF JEANNINE BALLADARES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ING Bank, fsb, ("ING") voluntarily dismisses its claims in this action against Jeannine Balladares, without prejudice, with all other claims as to all other parties to remain pending and unaffected by the dismissal.

Dated: December 17, 2009   /s/ Allison H. L. Miller

                                                  JAMES B. HICKS, *pro hac vice*
                                                  California Bar No. 109117
                                                  GARY W. PARK, *pro hac vice*
                                                  California Bar No. 173390
                                                  ALLISON MILLER, *pro hac vice*
                                                  California Bar No. 253007
                                                  HICKS | PARK LLP
                                                  824 Wilshire Boulevard, Suite 300
                                                  Los Angeles, CA  90017
                                                  Tel: (213) 612-0007 / Fax: (213) 612-0373
                                                  Attorneys for Plaintiff ING BANK, fsb

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2009, I electronically filed the foregoing with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

/s/ Allison H. L. Miller