UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ING BANK, FSB,**

    **Plaintiff,**

v.                                            **CASE NO. 6:09-CV-1708-ORL-35DAB**

**FIRST CONTINENTAL MORTGAGE, INC.,
RAYMOND L. MOATZ, BRIAN O. DAVIS,
et al.**

    **Defendants.**
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notices of Voluntary Dismissal as to Joe Bolton, aka Joseph C. Bolton, and Jeannine Balladares (Docket No.104 and 119) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is dismissed without prejudice as to Defendants **Joe Bolton, aka Joseph C. Bolton, and Jeannine Balladares.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to **TERMINATE** the above named Defendants from this case.

**DONE** and **ORDERED** in Orlando, Florida, this 21st day of December 2009.

                                          MARY S. SCRIVEN
                                          UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Party